# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR F. ARANDA,<br>Petitioner<br>v.<br>KIMBERLEY SEIBEL, WARDEN,<br>Respondent. | Case No. EDCV 16-407-FMO (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Denying and Dismissing Petition; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: February 24, 2016.

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE